O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN TYLER LEIVA,<br><br>　　　　Petitioner,<br>　　vs.<br>R. BURNS,<br><br>　　　　Respondent. | Case No. EDCV 12-0269-PSG (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and summarily dismissing this action with prejudice.

Dated: January 15, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE