JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN TYLER LEIVA, | Case No. EDCV 12-0269-PSG (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| R. BURNS, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 15, 2013

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE